# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number:   8:93-CR-305-T-17MAP |
| | USM Number:   Not Contained in PSI |
| DAVID CARNLEY | |
| | AFPD Allison Guagliardo |
| | Defense Attorney |

**THE DEFENDANT:**

__X__  admitted guilt to violation of charge number(s) 1, 4, 5, 6, 7, 8 of the term of supervision.

__X__  no finding was made as to violation of charge numbers 2 and 3 of the term of supervision and the defendant is discharged as to these charge numbers.

**Violation Charge Number**   **Nature of Violation**   **Violation Ended**

### SEE NEXT PAGE FOR VIOLATION CHARGES

The defendant is sentenced as provided in pages 3 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment:   March 6, 2007

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date:   March __7th__, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
        Sheet 1a - Violation Charges

Judgment - Page __2__ of __3__

DEFENDANT:      DAVID CARNLEY
CASE NUMBER:    8:93-CR-305-T-17MAP

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | New criminal conduct: Amphetamine Amphetamine Possession with Intent to Sell, Manufacture, or Deliver, occurring while on supervision | October 3, 2005 |
| 4 | New criminal conduct: Possess and or Use Drug Paraphernalia, occurring while on supervision | October 3, 2005 |
| 5 | New criminal conduct: Resist Officer Obstruct Without Violence, occurring while on supervision | October 3, 2005 |
| 6 | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision | July 5, 2005<br>August 5, 2005<br>September 5, 2005 |
| 7 | Failure to report in violation of Condition 2 of the Standard Conditions of Supervision | September 15, 2005 |
| 8 | Failure to report in violation of Condition 2 of the Standard Conditions of Supervision | September 26, 2005 |

Judgment - Page __3__ of __3__

DEFENDANT:      DAVID CARNLEY
CASE NUMBER:    8:93-CR-305-T-17MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY (30) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__   The Court makes the following recommendations to the Bureau of Prisons:
(1)     Incarceration at Federal Camp in Florida or Georgia or Low Camp at Coleman, FL.
(2)     Intensive substance abuse counseling.
(3)     Counseling selecting better associates.
(4)     Vocational training in HVAC and small business administration.


__X__   The defendant is remanded to the custody of the United States Marshal.


## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL